# United States District Court
## Southern District of Georgia

DELWIN MARKEITH FLORENCE,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:19-cv-200

JUDGE JAMES BASS, JR., et al.,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order dated January 23, 2020, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered dismissing Plaintiff's complaint without prejudice. This case stands closed.

Approved by: _____

JANUARY 31, 2020      Scott L. Poff
*Date*      *Clerk*

*(By) Deputy Clerk*